# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| C.H., a minor, by and through his Guardian, Marc Halpin, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TIKTOK, INC., a corporation, and BYTEDANCE, INC., a corporation,<br><br>Defendants. | Case No. 2:20-cv-05036-AB-MAA<br><br>[~~PROPOSED~~] **ORDER REGARDING STAY OF PROCEEDINGS**<br><br>Judge: Hon. André Birotte Jr. |

Pursuant to the parties' joint request, it is hereby **ORDERED** that this action shall remain **STAYED** pending its transfer to the Northern District of Illinois pursuant to the JPML Transfer Order and Conditional Transfer Order.

**IT IS SO ORDERED.**

Dated: August 25, 2020__

Honorable André Birotte Jr.
United States District Judge